1  LARA R. SHAPIRO (State Bar No. 227194)
   4145 Via Marina # 324
2  Marina del Rey, CA 90292
   Telephone: (310) 577-0870
3  Facsimile: (424) 228-5351

4  *Of Counsel to*
   Lemberg & Associates LLC
5  A Connecticut Law Firm
   1100 Summer Street
6  Stamford, CT 06905
   Telephone: (203) 653-2250
7  Facsimile: (203) 653-3424

8  Attorneys for Plaintiff,
   Lynn Tran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Lynn Tran, | Case No.: 3:09-cv-02425-SI |
|---|---|
| Plaintiff, | ORDER |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Creditors Interchange Receivable Management, LLC; and Does 1-10, inclusive, | |
| Defendants. | |

3:09-cv-02425-SI                          STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  WHEREAS, the Complaint in the above-captioned matter was filed on June 1, 2009.

2  WHEREAS, the parties have agreed to an extension of time for Defendant to answer, object, or otherwise plead to the Complaint up to and including August 18, 2009, which date will not alter the date of any event or deadline set by the Court.

3  IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that Defendant's time to answer, object or otherwise plead to the Complaint in the above-referenced Civil Action shall be extended up to and including August 18, 2009.

Dated: July 29, 2009

LARA SHAPIRO

By: __/s/ Lara R. Shapiro_____
Lara R. Shapiro

Attorney for Plaintiff
Lynn Tran

By: _/s/ Debbie Kirkpatrick_____
Debbie Kirkpatrick

Attorney for Defendant
Creditors Interchange Receivables Management, LLC

DATED: 8/4/09



IT IS SO ORDERED
Judge Susan Illston