Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Creditors Interchange Receivable Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYNN TRAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendant. | Case No.  C09-02425 SI<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

　　　Plaintiff, LYNN TRAN, filed the present action against CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC ("CIRM") on June 1, 2009. CIRM filed its responsive pleading on August 18, 2009.  The parties subsequently resolved the action in its entirety and, the settlement having been finalized, the parties now agree to dismiss the entire action with prejudice.

/ / /

IT IS HEREBY STIPULATED by and between Plaintiff and CIRM, through their designated counsel that CIRM is dismissed from the above captioned action with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 10/20/09        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
Creditors Interchange Receivable Management, LLC

Dated: 10/20/09        LAW OFFICE OF LARA SHAPIRO

/s/ Lara Shapiro
Lara Shapiro,
Attorney for Plaintiff,
Lynn Tran

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
Hon. Susan Illston
United States District Judge